# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DISCIPLINE OF ZENFORD A. MITCHELL )
      ATTORNEY PA I.D. NO. 61972 )
      A MEMBER OF THE BAR OF THE )
      UNITED STATES DISTRICT COURT FOR )    MISC. NO. 14-246
      THE WESTERN DISTRICT OF )
      PENNSYLVANIA

## ORDER OF COURT

AND NOW, to-wit, this 27th day of June 2014, the Court being advised that

ZENFORD A .MITCHELL, a Member of the Bar of this Court since December 11, 1991 was

convicted on a Two Count charges of filing a False Tax Returns 26 USC 7206 calendar year 2006

and USC 7206 calendar year 2007 by the Honorable Donetta W. Ambrose , of this Court on June 25,

2014 .

      IT FURTHER APPEARING that such violation requires immediate suspension under LCvR

83.3 C.1 of this Court.

      THEREFORE IT IS ORDERED that ZENFORD A. MITCHELL is hereby

suspended forthwith from the practice of law before the United States District Court for the

Western District of Pennsylvania, pending final determination of the discipline to be imposed by

this Court.

      IT FURTHER ORDERED that the matter be referred to the Disciplinary Board of the

Pennsylvania Supreme Court for Report and Recommendation on the final discipline to be imposed

by this Court.

      The clerk is directed to give notice of the entry of this Order to all parties of interest.

                    FOR THE COURT:

                    JOY FLOWERS CONTI
                    CHIEF JUDGE